NAHUM HARDY *vs.* INHABITANTS OF WALTHAM & others.

A town has authority to appropriate money for the construction of reservoirs for water to supply fire engines.

THIS was a bill in equity, which set forth that the inhabitants of Waltham, at a legal meeting held on the 26th of July 1841, voted to appropriate a part of the surplus revenue of the United States, before that time accepted and received by the town, for the construction of six reservoirs for water to be used by engine companies in case of fire, and chose three persons (who, with the treasurer of the town, were made defendants in the bill) to construct said reservoirs. The plaintiff alleged that he was an inhabitant of said town, and liable to be taxed therein, and he prayed for an injunction to restrain said committee from making any contract in relation to the construction of such reservoirs, and the said treasurer from paying any portion of said surplus revenue for said purposes — inasmuch, as he alleged, said votes of the town were illegal, and a violation of the provisions of *St.* 1837, *c.* 85, § 4.

The defendants answered jointly, admitting the main facts alleged in the bill.

*E. R. Hoar,* for the plaintiff.

*B. Rand & Arad Moore,* for the defendants.

PER CURIAM. The court are of opinion that this case falls within the principle of *Allen* v. *Inhabitants of Taunton,* 19 Pick. 485, and must be governed by its authority. Towns having, in their corporate capacity, power to provide for the purchase and maintenance of fire engines for the extinguishment of fires, they must have the incidental power to make provision, by reservoirs or other means, for a supply of water, without which the engines would be useless.

*Bill dismissed.*